| District Court<br>Gunnison County, State of Colorado<br>Court Address:  Gunnison Combined Courts<br>                            200 East Virginia Ave.<br>                            Gunnison, CO  81230 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Sep 12 2012 10:21AM MDT**<br>**Filing ID: 46392332**<br>**Review Clerk: Betsy Nesbitt** |
|---|---|
| Plaintiff:  Michael R. and Deborah E. McKinsey<br><br>v.<br><br>Defendant:  GMAC Mortgage, et al., | ▲ COURT USE ONLY ▲<br>Case No.<br>12CV166<br>Division:<br>Courtroom:  A |
| **ORDER** | |

    This matter comes on for consideration on Plaintiffs' Motion for Temporary Restraining Order.  The Court has reviewed the pleadings and finds that a temporary restraining order may not be granted in accordance with C.R.C.P. 65(b) because the motion is not supported by affidavit or verified complaint and it does not appear that immediate and irreparable injury, loss, or damage will result if a temporary restraining order is not issued without notice to the adverse parties.

    For the foregoing reasons, Plaintiffs' Motion for Temporary Restraining Order is denied.

    Plaintiffs' Motion for Expedited Preliminary Injunction is set for hearing on September 26, 2012, at 9:00 a.m.  One hour is reserved.  Plaintiffs shall serve notice of the hearing on Defendants in accordance with C.R.C.P. 5.

**Exhibit B-4**

Dated this 12th day of September, 2012.

By the court:

/s/ Charles R. Greenacre
District Court Judge

xc: Counsel and parties of record.