| | |
|---|---|
| District Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO  81230<br>Telephone:  (970) 641-3500<br>Fax:  (970) 641-6876 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Sep 24 2012 04:45PM MDT**<br>**Filing ID: 46617153**<br>**Review Clerk: Kathy Derry**<br>▲ COURT USE ONLY ▲ |
| MICHAEL R. AND DEBORAH E. McKINSEY,<br>Plaintiff<br><br>v.<br><br>GMAC MORTGAGE, et al.,<br>Defendant. | Case No.: 12CV166<br>Div.:   2 |
| Order Vacating Hearing and Setting Status Conference ||

This matter which was set for a hearing on September 26, 2012 at 9:00 a.m. is vacated.  A status conference to set a new date for a preliminary injunction hearing is set for October 10, 2012 at 9:30 a.m.  Parties may appear by phone, if they wish, by calling the Gunnison Court at (970)641-3500 ext. 410 at that time.

Dated this, the 24th day of September, 2012.

cc:  efile

**Exhibit B-6**