| | |
|---|---|
| District Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO  81230<br>Telephone:  (970) 641-3500<br>Fax:  (970) 641-6876 | EFILED Document<br>CO Gunnison County District Court 7th JD<br>Filing Date: Oct 10 2012 10:49AM MDT<br>Filing ID: 46892406<br>Review Clerk: Kathy Derry<br>▲ COURT USE ONLY ▲ |
| MICHAEL R. AND DEBORAH E. McKINSEY,<br>Plaintiff<br><br>v.<br><br>GMAC MORTGAGE, et al.,<br>Defendant. | Case No.: 12CV166<br>Div.:   2 |
| Order on Status Conference of October 10, 2012 | |

This matter came on for a status conference. Appearing by phone were Sarabi on behalf of plaintiffs, and Brody on behalf of three defendants. In person were Ms. McKenzie and Trezise on behalf of Gunnison County. The Court inquired as to the status of service and whether this matter needed to be calendared for injunctive relief at this time. The Court was informed that there were still some issues with respect to service. Counsel for plaintiffs also indicated some desire to review the pro se pleadings previously filed to perhaps amend or revise those pleadings. This matter is scheduled for a status conference on November 13, 2012 at 9:00 a.m. In the event the trial presently scheduled does not settle on that date, the Court will notify counsel as soon as practicable for purposes of rescheduling.

Dated this, the 10th day of October, 2012.

BY THE COURT:

_____
J. Steven Patrick

**Exhibit B-9**

District Judge

cc: efile