| | |
|---|---|
| Gunnison County District Court, State of Colorado<br>200 E. Virginia, Gunnison, Colorado 81230 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Oct 25 2012 04:07PM MDT**<br>**Filing ID: 47348356**<br>**Review Clerk: Betsy Nesbitt** |
| MICHAEL R. MCKINSEY and DEBORAH E. MCKINSEY,<br>                                  Plaintiffs,<br>v.<br><br>GMAC MORTGAGE, LLC, FIRST GUNNISON TITLE & ESCROW, Inc.., a Colorado corporation, et al.<br>                                  Defendants. | |
| James R. McDonald<br>The Law Offices of James R. McDonald, P.C.<br>234 Main Street<br>Gunnison, Colorado  81230<br>Phone Number: (970) 641-3900<br>Fax Number: (970) 641-3902<br>E-Mail: jrm@gunnylaw.com<br>Atty. Reg. #: 27629 | σ COURT USE ONLY σ<br><br>Case Number:<br><br>12 CV 166<br><br>Div.:      Ctrm: |
| **ORDER RE:  DEFENDANT FIRST GUNNISON TITLE & ESCROW INC.'S UN-OPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER** | |

THE COURT, having taken Defendant First Gunnison Title & Escrow Inc.'s Un-Opposed Motion for Enlargement of Time in which to File Answer under consideration, and being duly advised in its premises, hereby

GRANTS the motion, and shall enlarge the time in which Defendant First Gunnison Title & Escrow, Inc. may file its answer, through and including November 7, 2012.

DATED this 25th day of October, 2012.

BY THE COURT:

_____
DISTRICT COURT JUDGE

**Exhibit B-12**