| | |
|---|---|
| Gunnison County District Court, State of Colorado<br>200 E. Virginia, Gunnison, Colorado 81230 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Nov 08 2012 02:12PM MST**<br>**Filing ID: 47634755**<br>**Review Clerk: Kathy Derry** |
| MICHAEL R. MCKINSEY and DEBORAH E. MCKINSEY,<br>                                              Plaintiffs,<br>v.<br><br>GMAC MORTGAGE, LLC, FIRST GUNNISON TITLE & ESCROW, Inc.., a Colorado corporation, et al.<br>                                              Defendants. | |
| James R. McDonald<br>The Law Offices of James R. McDonald, P.C.<br>234 Main Street<br>Gunnison, Colorado  81230<br>Phone Number: (970) 641-3900<br>Fax Number: (970) 641-3902<br>E-Mail: jrm@gunnylaw.com<br>Atty. Reg. #: 27629 | σ COURT USE ONLY σ<br><br>Case Number:<br><br>12 CV 166<br><br>Div.:        Ctrm: |
| **ORDER RE: DEFENDANT FIRST GUNNISON TITLE & ESCROW, INC.'S UNOPPOSED MOTION TO DISMISS** | |

THE COURT, having taken Defendant First Gunnison Title & Escrow, Inc.'s Unopposed Motion to Dismiss under consideration, and being duly advised in its premises, hereby

GRANTS the motion, and shall therefore dismiss the claims against Gunnison Title & Escrow, Inc. with prejudice.

DATED this ____ day of November, 2012.

BY THE COURT:

_____
DISTRICT COURT JUDGE

**Exhibit B-15**