| District Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO  81230<br>Telephone:  (970) 641-3500<br>Fax:  (970) 641-6876 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Nov 19 2012 09:20AM MST**<br>**Filing ID: 47836581**<br>**Review Clerk: Kathy Derry**<br>▲ COURT USE ONLY ▲ |
|---|---|
| MICHAEL R. AND DEBORAH E. McKINSEY,<br>Plaintiff<br><br>v.<br><br>GMAC MORTGAGE, et al.,<br>Defendant. | Case No.: 12CV166<br>Div.:   2 |
| Order Following Status Conference of November 13, 2012 ||

  This matter came on for telephonic status conference. Appearing by phone were Sarabi and Brody. Trezise appeared in person.

  After some discussion concerning the status of the case and that service has been affected as to at least Ms. Brody's clients recently, the Court ordered that plaintiff shall within four weeks of today either inform the Court and counsel that they stand on the original complaint, file a motion to amend the complaint or dismiss the proceeding. Defendants shall have three weeks after that pleading or position in which to move answer or otherwise respond. Should any party deem a preliminary injunction to be appropriate, they shall request a status conference to schedule that for a date and time that is convenient for the Court and opposing counsel.

  Dated this, the 19th day of November, 2012.

             BY THE COURT:

             _____
             J. Steven Patrick
             District Judge

cc:  Parties (e-file)

**Exhibit B-16**