| | |
|---|---|
| DISTRICT COURT, GUNNISON COUNTY, COLORADO<br>200 E. Virginia Ave., Gunnison, CO 81230 | **EFILED Document**<br>**CO Gunnison County District Court 7th JD**<br>**Filing Date: Dec 28 2012 09:54AM MST**<br>**Filing ID: 48642064**<br>**Review Clerk: Kathy Derry** |
| **Michael R. McKinsey and Deborah E. McKinsey**, Plaintiff<br><br>vs.<br><br>**GMAC Mortgage, LLC.** *et al.,* Defendant | σ COURT USE ONLY σ |
| Armin K. Sarabi, Atty. Reg. #: 41332<br>SARABI ZELNICK LLP<br>600 17th St., Suite 2800 S<br>Denver, CO 80202<br>P: 720-358-4754<br>F: 720-398-6066<br>E: asarabi@sarabizelnick.com | Case Number: 2012CV166<br><br>Division:       Ctrm: |
| **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** | |

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint. This Court is advised of the premises and finds good cause therefor.

IT IS THEREBY ORDERED that the Motion is granted and the tendered Amended Complaint shall be accepted for filing as of this date.

Dated this __12/26__, 2012.

BY THE COURT

_[signature]_

**Exhibit B-19**