**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  13-cv-00084-REB-MJW          FTR - Courtroom A-502

**Date:**     April 09, 2013                                    Courtroom Deputy, Ellen E. Miller

           <u>Parties</u>                                                          <u>Counsel</u>

MICHAEL R. McKINSEY and                            *Pro Se*
DEBORAH E. McKINSEY,                                *Pro Se*

        Plaintiff(s),

v.

GMAC MORTGAGE, LLC;                                 Karen L. Brody
BANK UNITED, FSB;                                          Arthur A. B. Trezise
DEUTSCHE BANK NATIONAL TRUST COMPANY
as trustee for securitized trust
HARBORVIEW MORTGAGE LOAN TRUST
MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-14;
WELLS FARGO BANK, N.A.;
PUBLIC TRUSTEE OF GUNNISON COUNTY,
COLORADO; and
ALL UNKNOWN PERSONS WHO CLAIM ANY
INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

        Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**  1:25 p.m.
Court calls case. Appearance of defense counsel Karen Brody for GMAC Mortgage, LLC, Deutsche Bank National Trust Company, and Wells Fargo Bank NA.  Arthur A. B. Trezise appears on behalf of Gunnison County Public Trustee.

It is noted a **SHOW  CAUSE  HEARING** is set  **APRIL 18, 2013 at 2:00 p.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The Court will address two (2) Orders to Show Cause filed March 25, 2013 [Docket No. 46 and Docket No. 47].  Plaintiffs and Ms. Brody shall appear in person.  Appearance of Mr. Trezise is excused.

The Court raises the three (3) pending motions for argument.

Argument and responses by Ms. Karen Brody.
Argument and responses by Ms. Deborah McKinsey.
Mr. Michael McKinsey notes he adopts the arguments made by Ms. McKinsey and makes no further arugments.
Statements by Mr. Arthur A. B. Trezise.

Defendants GMAC Mortgage, LLC ("GMAC"), Deutsche Bank National Trust Company ("Deutsche Bank") and Wells Fargo Bank ("Wells Fargo")   EXHIBIT A is offered and admitted, for the purposes of this hearing only, with no objections.

**It is ORDERED:**     Motion to Dismiss Plaintiffs' Amended Complaint, filed by Defendants GMAC Mortgage, LLC ("GMAC"), Deutsche Bank National Company ("Deutsche Bank") and Wells Fargo Bank ("Wells Fargo"), [Docket No. **26**, filed January 30, 2013] is **TAKEN UNDER ADVISEMENT.**   The court will issue its written Order.

**It is ORDERED:**     Plaintiffs' Motion to Dismiss with Prejudice and Enter Default Judgement Against Defendants [Docket No. **31**, filed February 21, 2013] is **TAKEN UNDER ADVISEMENT.**  The court will issue its written Order.

**It is ORDERED:**
**Docket No. 36**     Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice by Court Order [Docket No. **36**, filed February 25, 2013] is **TAKEN UNDER ADVISEMENT.**   The court will issue its written Order.

Hearing concluded.

**Court in recess:**    3:33 p.m.
Total in-court time: 02:08

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.