IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00084-REB-MJW

MICHAEL R. McKINSEY and
DEBORAH E. McKINSEY,

Plaintiff(s),

v.

GMAC MORTGAGE, LLC;
BANK UNITED, FSB;
DEUTSCHE BANK NATIONAL TRUST COMPANY as trustee for securitized trust
HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-14;
WELLS FARGO BANK, N.A.;
PUBLIC TRUSTEE OF GUNNISON COUNTY, COLORADO; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint (Docket No. 69) is denied without prejudice. Plaintiffs did not tender their proposed amended pleading with their motion. In fact, they have not even indicated what portion(s) of their pleading they wish to amend. Furthermore, the court notes that the deadline for amendment of pleadings was April 6, 2013. (See Scheduling Order, Docket No. 45 at 18).

Date: May 28, 2013